1002

No. 80–1277. Smith, Reformatory Superintendent v. Brown. C. A. 6th Cir. Certiorari denied. The Chief Justice and Justice Powell would grant certiorari. 